July 12, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE MOLL AND ELLEN DIANA MOLL, Appellants

NO. 14-15-01007-CV                 V.

THE TEXAS DEPARTMENT OF MOTOR VEHICLES, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on October 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, George Moll and Ellen Diana Moll.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.